NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GUILLERMO MOJARRO,**
*Petitioner,*

v.

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2011-3120

---

Petition for review of the Merit Systems Protection Board in case no. SF0752100222-I-2.

---

## ON MOTION

---

Before BRYSON, SCHALL, and PROST, *Circuit Judges.*

PER CURIAM.

## ORDER

The court treats Guillermo Mojarro's motion "for Enforcement of the Courts Remand Orders dated, November 4, 2011" as a motion to reopen his petition. A November 4, 2011 order remanded his petition to the Merit Systems Protection Board (Board). The mandate in the case issued long ago.

Accordingly,

IT IS ORDERED THAT:

The motion to reopen the petition is denied.


                                        FOR THE COURT


__DEC 2 7 2012__                        /s/ Jan Horbaly
        Date                            Jan Horbaly
                                        Clerk


cc:  Guillermo Mojarro
     Christopher L. Krafchek, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 7 2012

JAN HORBALY
CLERK